IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM FULKERSON,

    Plaintiff,

v.   No. 1:24-cv-00382-SMD-SCY

NEW MEXICO DEPARTMENT OF JUSTICE,
RAUL TORREZ, in his official capacity,
HECTOR BALDERAS, in his official capacity,
ANDREW DEAKYNE, in his official capacity, and
RODNEY GABALDON, in his official capacity,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED.**

                                                  UNITED STATES DISTRICT JUDGE